428 A.2d 672

Commonwealth v. Wright a/k/a Brown, Appellant.

Submitted September 15, 1978. David R. Eshelman, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.